

**U.S. Department of Justice**

Executive Office for Immigration Review

*Office of Director*

---

Director

5107 Leesburg Pike, Suite 2600
Falls Church, Virginia 22041

June 23, 2023

MEMORANDUM FOR THE ATTORNEY GENERAL

THROUGH:  THE DEPUTY ATTORNEY GENERAL  /s/ for LOM 07/07/23

FROM:  David L. Neal   DAVID NEAL  *Digitally signed by DAVID NEAL Date: 2023.06.23 13:16:52 -04'00'*
Director

SUBJECT:  Temporary Appointment of Tania T. Nemer as an Immigration Judge in the Cleveland Immigration Court

PURPOSE:  To refer to the Attorney General for his consideration the paperwork to temporarily appoint Tania T. Nemer as an immigration judge, not to exceed 24 months

**AG DECISION REQUESTED BY:** At the Attorney General's earliest convenience. In keeping with Congressional and Administration direction to increase Executive Office for Immigration Review (EOIR) adjudicative capacity as rapidly as practicable, EOIR requests the Attorney General review this application and supporting materials at his earliest convenience.

**REQUIRED DUE DATE (if applicable):** None.

**EXECUTIVE SUMMARY:** The following is a recommendation to temporarily appoint Tania T. Nemer as an immigration judge (IJ) in the Cleveland Immigration Court (IC). It includes recommendations from hiring officials, a summary of Ms. Nemer's qualifications, and an appointment order prepared for signature should the Attorney General concur with this recommendation.

Memorandum for the Attorney General                                                                 Page 2
Subject: Temporary Appointment of Tania T. Nemer as an IJ in the
        Cleveland IC

**DISCUSSION:**

Hiring Process

In accordance with the IJ hiring procedures revised on June 16, 2022, three-member finalist panels recently convened to evaluate the candidates recommended by EOIR to fill a current IJ vacancy in the Cleveland IC. EOIR recommended multiple candidates to the panels for the vacancy. The panels reviewed the applicants' written submissions and materials of the interviews conducted by EOIR. The panels then conducted their own interviews of the candidates for the vacancy. Finally, the panels discussed the merits of the candidates and agreed to recommend that the below listed individual be appointed as an IJ.

The EOIR Director then consulted with the Office of the Deputy Attorney General about each recommended candidate. Per the authority delegated by the Attorney General, the EOIR Director selected Ms. Nemer to receive an initial conditional offer for an IJ position in the Cleveland IC, which she has accepted. The candidate has successfully completed a preliminary background check and is now forwarded for consideration for appointment. A copy of the candidate's application file is immediately available upon your request.

Experience and Education

Ms. Nemer presents as an excellent candidate for an IJ position. She has approximately 12 years of experience practicing immigration law and representing noncitizens before EOIR, and she has also served as a magistrate judge. The first-round interviewers praised Ms. Nemer's experience managing a large docket and working in a high-volume, high-pressure environment. The second-round panel highlighted her judicial demeanor and diverse background as a litigator and adjudicator, characterizing her as the perfect candidate.

Ms. Nemer is a community outreach prosecutor with the Summit County Ohio Prosecutor's Office, a position she has held since 2020. She represents Summit County and victims of crime in administrative hearings before the parole board and the Summit County Common Pleas Court and assists other prosecutors with managing their caseloads.

From 2019 to 2020, Ms. Nemer was a magistrate for the Akron Municipal Court. She managed a high-volume, fast-paced docket and gained experience issuing oral and written decisions in small claims cases from the trial bench. Concurrently, Ms. Nemer was the managing immigration attorney for International Institute of Akron, where she trained and managed attorneys representing noncitizens before the ICs.

From 2014 to 2019, Ms. Nemer practiced immigration law with the Catholic Charities Diocese of Cleveland. In this position, she managed a high-volume caseload and represented noncitizens before EOIR and the Department of Homeland Security.

Memorandum for the Attorney General — Page 3
Subject: Temporary Appointment of Tania T. Nemer as an IJ in the Cleveland IC

From 2008 to 2014, Ms. Nemer practiced immigration and criminal law with McGinty, Hilow & Spellacy Co. L.P.A., where she advised senior attorneys and litigated cases before the ICs, the Board of Immigration Appeals, and municipal courts.

Ms. Nemer holds a Bachelor of Arts degree from John Carroll University, Cleveland, Ohio, and a Juris Doctor from Western Michigan University Cooley Law School, Lansing, Michigan.

Pre-Employment Security and Suitability Review

As with all candidates, during the pre-employment security and suitability review process Ms. Nemer submitted a SF-85P, the OF-306, certification of bar status, a credit report, supplemental tax information, fingerprints, and a drug test.[1] She has no prior federal service and was not vetted but was vouchered. The EOIR Office of the Chief Immigration Judge conducted vouchering for Ms. Nemer, contacting her supervisors for the previous seven years, as well as conducting reference checks and contacting additional individuals to speak to her work product, temperament, and other relevant factors. The responses indicate that she would be appropriate for an IJ position with no negative comments provided by the individuals contacted.

Ms. Nemer will be subject to removal from her newly appointed position for two years from the date of her entry on duty, without regard to many of the procedural requirements and appeal procedures specified in 5 U.S.C. Chapters 43 and 75 and 5 C.F.R. Parts 432 and 752, if she has performance problems or engages in misconduct.

The EOIR Director's selection of Ms. Nemer for this IJ position was made in accordance with the IJ hiring procedures approved by the Attorney General.

An Attorney General Order, temporarily appointing Tania T. Nemer as an IJ, is attached hereto for signature.

---

[1] The SF-85P is a security questionnaire for public trust positions that asks about prior employment including disciplinary action, any police record, drug and alcohol use, financial records including bankruptcy, compliance with tax obligations, credit delinquencies, and noncriminal court history. The OF-306 is the Declaration for Federal Employment form, which asks questions similar to the SF-85P, including questions about current or past charges for violations of law, past employment problems, and delinquencies on federal debt. The bar check requires a certification attesting to active bar membership and any illegal use of drugs since becoming a member of the bar, as well as proof of good standing with the bar. EOIR runs a credit report to see if there are any current or past bankruptcies, collection accounts or late payments. Candidates are required to answer questions about federal and state tax delinquencies within the last seven years, and OARM may request additional information from the candidate prior to approving a temporary appointment if there are issues that appear to be in question. Candidates provide fingerprints, which EOIR staff run through appropriate databases to determine if there have been any encounters with police or other law enforcement entity. All candidates must pass a drug test.

Memorandum for the Attorney General
Subject: Temporary Appointment of Tania T. Nemer as an IJ in the Cleveland IC

Page 4

**CONSULTATION:**       NONE.

**OTHER STAKEHOLDERS:** NONE.

**RECOMMENDATION:**     EOIR recommends that the Attorney General sign the attached order.