

**U.S. Department of Justice**

Executive Office for Immigration Review

*Office of the Director*

---

*Director*

5107 Leesburg Pike, Suite 2600
Falls Church, Virginia 22041

February 5, 2025

**VIA HAND-DELIVERY & E-MAIL**
Tania Nemer, Immigration Judge
Cleveland Immigration Court
Tania.T.Nemer@usdoj.gov

Dear Ms. Nemer,

    This notice serves to inform you that your not-to-exceed (NTE) 24-month appointment as an Immigration Judge (IJ) with the Executive Office for Immigration Review (EOIR), Office of the Chief Immigration Judge (OCIJ), U.S. Department of Justice (DOJ), is terminated, effective today, February 5, 2025. Your NTE appointment is subject to a two-year trial period ending on July 24, 2025. EOIR has determined that retaining you is not appropriate, and we thank you for your service.

    You may have rights before the Equal Employment Opportunity Commission (EEOC) or the U.S. Office of Special Counsel (OSC) if you believe that this decision was improperly motivated. You may contact the EEO staff at EOIR.EEOMailbox@usdoj.gov or (703) 756-8582. Information regarding the Federal Sector EEO process and the EEOC's authority is available at www.eeoc.gov. The procedures governing OSC complaints, and a list of prohibited personnel practices, are available at www.osc.gov.

SIRCE OWEN
Digitally signed by SIRCE OWEN
Date: 2025.02.05 13:51:26 -05'00'

Sirce Owen, Acting Director EOIR

Exhibit B
1:25-cv-04170 NEMER v. BONDI et al