UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TANIA NEMER,**<br><br>*Plaintiff*,<br>v.<br><br>**PAMELA BONDI,**<br>in her official capacity as<br>Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530 and<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530<br><br>*Defendants*. | No. 25-CV-04170 |

### NOTICE OF ERRATA

Complaint filed on December 1, 2025 did not include the name and full residence address of each party as required by LCvR 5.1(c). The following correct pleading will be filed today: **SEALED NOTICE OF FILING OF PLAINTIFF'S RESIDENTIAL ADDRESS.**

Respectfully submitted,

| | |
|---|---|
| /s/ James M. Eisenmann | /s/ Nathaniel A.G. Zelinsky |
| JAMES M. EISENMANN | NATHANIEL A.G. ZELINSKY* |
|   (D.C. Bar No. 435456) | (D.C. Bar No. 1724093) |
| ALDEN LAW GROUP, PLLC | MARY L. DOHRMANN** |
| 1850 M Street, NW, Suite 901 Washington, DC 20036 | KYLE R. FREENY |
| 202-463-0300 |   (D.C. Bar No. 247857) |
| jeisenmann@aldenlg.com | JAMES I. PEARCE*** |
| | SAMANTHA P. BATEMAN* |
| |   (D.C. Bar No. 492919) |
| | WASHINGTON LITIGATION GROUP |
| | 1717 K Street, NW, Suite 1120 |
| | Washington, D.C. 20006 |
| | 202-521-8750 |
| | nzelinsky@washingtonlitigationgroup.org |

*Pro Hac Vice application forthcoming*

*\*\* Admitted only in New York; practicing under the supervision of D.C. bar members*

*\*\*\* Admitted only in New York and North Carolina; practicing under the supervision of D.C. bar members*

*Attorneys for Plaintiff Tania Nemer*