UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| TANIA NEMER,<br><br>                Plaintiff,<br><br>          v.<br><br>PAMELA J. BONDI, Attorney General, et al.,<br><br>                Defendants. | Civil Action No. 25-4170 (SLS) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE**

Defendants hereby respectfully request, through undersigned counsel, a seven-day enlargement of time for Defendants to answer or otherwise respond to the complaint filed by Plaintiff (ECF No. 1).  The deadline is currently March 30, 2026, and the new deadline would be April 6, 2026.   Pursuant to Local Rule 7(m), counsel for Defendants has met and conferred with Plaintiff, through counsel, and Plaintiff consents to the relief requested herein.

1.      On December 1, 2025, Plaintiff filed her complaint, asserting challenges to her termination under Title VII of the Civil Rights Act of 1964 and the First Amendment.  ECF No. 1.

2.      On December 29, 2025, the Office of the United States Attorney for the District of Columbia received a summons and copy of the complaint.

3.      On February 24, 2026, the Court granted in part Defendants' first motion to extend this deadline and ordered Defendants to answer or otherwise respond to the Complaint by March 30, 2026.  Min. Order (Feb. 24, 2026).

4.     Undersigned counsel has been working with agency counsel on a responsive pleading, but the pleading is undergoing agency and supervisory review and undersigned counsel does not expect to receive all of the necessary approvals for filing by March 30, 2026.

5.     Undersigned counsel also has a robust docket.  In addition to regularly negotiating and drafting status reports in FOIA matters, undersigned counsel has had several responsive pleadings due since mid-February, had discovery hearings on February 23, 2026, and February 25, 2026, had written discovery deadlines in late February 2026, defended depositions on March 10, 2026, March 23, 2026, and March 25, 2026, had a dispositive motion due on March 23, 2026, has dispositive motions and other substantive briefs due on March 30, 2026, April 2, 2026, April 3, 2026, April 6, 2026, and has nondelegable dependent care obligations on April 3, 2026.

6.     In light of the foregoing, Defendants respectfully request that the Court grant their motion and allow them to file their responsive pleading on or before April 6, 2026.

A proposed Order is being filed with this motion.

* * *

Dated: March 27, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:  _____*/s/ Sian Jones*_____
     SIAN JONES, D.C. Bar #1024062
     Assistant United States Attorney
     601 D Street, NW
     Washington, D.C., 20530
     (202) 252-2578

*Attorneys for the United States of America*